**LIQUIDNET HOLDINGS, INC.,**
**Plaintiff–Appellant,**

v.

**PULSE TRADING, INC.,**
**Defendant–Appellee.**

No. 2011–1508.

United States Court of Appeals,
Federal Circuit.

July 23, 2012.

Joseph A. Micallef, Sidley Austin LLP, of Washington, DC, argued for plaintiff-appellant.

Robert R. Gilman, Gilman Clark & Hunter LLC, of Boston, MA, argued for defendant-appellee. With him on the brief was Thomas J. Clark.

NEWMAN, BRYSON, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**